552 A.2d 1048

COMMONWEALTH of Pennsylvania, Petitioner,

v.

John BARONE, Respondent.

Supreme Court of Pennsylvania.

Jan. 31, 1989.

## ORDER OF COURT

PER CURIAM.

The petition for allowance of appeal is granted, the order of the Superior Court is reversed pursuant to *Commonwealth v. Blystone*, 519 Pa. 450, 549 A.2d 81 (1988), and the case is remanded to Superior Court for further proceedings to dispose of respondent's remaining appellate issues.